■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIME RODRIGUEZ, Appellant. [857 NYS2d 517]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Chun, J.), imposed March 22, 2007, on the ground that the sentence imposed was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Skelos, Florio, Carni and Leventhal, JJ., concur.